## THE MARYLAND REALTY CORPORATION,
INCORPORATED,

*vs.*

## JOSEPH B. MITCHELL.

*Wills: construction; devises over, should any legatee not be in esse.*

A testator by his will devised two-thirds of his property to his three children, share and share alike;- and then provided that if any of them "should die without having married or leaving children, his or her share to be divided among the surviving children, the heirs, however, of any of the three children who might have died previously to be entitled to their parents' share": *Held,* that:

This latter provision was not in derogation of the absolute estate that had been already devised, but was simply a devise over in case any of the legatees should not be *in esse* to take when the will became operative.

*Decided April 7th, 1916.*

Appeal from the Circuit Court of Baltimore City. (HEUISLER, J.)

The cause was submitted to BOYD, C. J., BRISCOE, BURKE, THOMAS, PATTISON, URNER, STOCKBRIDGE and CONSTABLE, JJ.

*Harry E. Karr* and *D. List Warner,* filed a brief for the appellant.

*Edwin W. Wells,* filed a brief for the appellee.

STOCKBRIDGE, J., delivered the opinion of the Court of Appeals affirming the decree of the lower Court.